## NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-56

STATE OF LOUISIANA

VERSUS

MILTON L. HOWARD

\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT,
PARISH OF IBERIA, NO. 03-1566,
HONORABLE LORI A. LANDRY, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

MICHAEL G. SULLIVAN
JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of Jimmie C. Peters, Michael G. Sullivan, and Elizabeth A. Pickett, Judges.

AFFIRMED.

J. Phillip Haney
District Attorney
Jeffrey J. Trosclair
Assistant District Attorney
300 Iberia Street, Suite 200
New Iberia, Louisiana 70560
(337) 369-4420
Counsel for:
        State of Louisiana

Susan K. Jones
Attorney at Law
503 East Third Street
Franklin, Louisiana 70538
(337) 828-3702
Counsel for Defendant/Appellant:
        Milton L. Howard